# Court of Appeals
# of the State of Georgia

ATLANTA, __October 06, 2016__

*The Court of Appeals hereby passes the following order:*

## A17A0257.   VERLETTE GREEN v. WILMINGTON SAVINGS FUND SOCIETY.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Verlette Green appealed to the superior court. The superior court entered a writ of possession in favor of Wilmington Savings Fund Society. Green then filed this direct appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). Because Green did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* ___10/06/2016___
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*